IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIO WATKINS
As Administrator of the Estate of Mary
Lyn Watkins and Alvin Watkins,

   Plaintiff,

    v.

BENEFICIAL, HSBC MORTGAGE,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-1999-TWT

## ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 3]. The complaint fails to set forth a plausible claim for relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 3] is GRANTED. The Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [Doc. 2] is DENIED.

SO ORDERED, this 21 day of October, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Watkins\r&r.wpd